Rafael CASTILLO, Appellant,

v.

Eloise W. BROWN, Respondent.

No. WD 50790.

Missouri Court of Appeals,
Western District.

March 26, 1996.

Venessa J. Maxwell and Henri J. Watson, Kansas City, for appellant.

James S. Stubbs and Cary Miller, Birmingham, Furry, Smith & Stubbs, Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and ULRICH and LAURA DENVIR STITH, JJ.

### *ORDER*

PER CURIAM:

Rafael Castillo filed suit against Eloise W. Brown for damages arising from an automobile collision at an intersection. The jury entered a verdict which assessed sixty percent of the fault to Mr. Castillo and forty percent of the fault to Ms. Brown. The trial court entered judgment in favor of Mr. Castillo for $5,600. Mr. Castillo appeals, contending the trial court erred in submitting the jury instruction which defined failure to yield the right-of-way and in denying his motion for a new trial, in that the verdict was against the weight of the evidence and there was insufficient evidence to support it.

The judgment is affirmed. Rule 84.16(b).

Patricia J. APODACA, Appellant,

v.

James Michael APODACA, Respondent.

No. WD 50621.

Missouri Court of Appeals,
Western District.

March 26, 1996.

Seth D. Shumaker, Lancaster, for appellant.

Rick Jackson, Jayne, Steele and Jackson, Kirksville, for respondent.

Before ELLIS, P.J., and ULRICH and LAURA DENVIR STITH, JJ.

### *ORDER*

PER CURIAM:

Wife, Patricia Joan Apodaca, appeals from the decree of dissolution of her marriage with husband, James Michael Apodaca, wherein the trial court awarded primary custody of their son to husband, subject to rights of visitation in wife. She asserts the trial court's determination was against the weight of the evidence and not in the child's best interests.

The judgment is affirmed. Rule 84.16(b).